UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY SERVICES, INC.,

    Plaintiff,

Case No. 09-cv-13445

v.

Hon. Avern Cohn

LYNN R. MILLER,

    Defendant.

_____

| McDONALD HOPKINS PLC | HARDIG & HARDIG, PLLC |
|---|---|
| By: James J. Giszczak (P46917) | By: Joseph L. Hardig, III (P35457) |
| 39533 Woodward Ave., Suite 318 | 74 W. Long Lake Road, Suite 203 |
| Bloomfield Hills, MI 48304 | Bloomfield Hills, MI 48304 |
| (248) 220-1354 | (248) 642-3500 |
| jgiszczak@mcdonaldhopkins.com | jhardig@hppslaw.com |
| **Attorney for Plaintiff** | **Attorney for Defendant** |

_____

## STIPULATED PERMANENT INJUNCTION ORDER

The parties to this matter having stipulated to the terms set forth below, and the Court being otherwise duly advised in the premises;

**IT IS HEREBY ORDERED THAT:**

(1)     Lynn R. Miller ("Miller") is enjoined, directly or indirectly, from ever using or disclosing any of Kelly Services, Inc.'s ("Kelly") confidential, proprietary or trade secret information or property;

(2)     Miller represents and warrants that she has no Kelly information, documents or property in her possession, and to the extent she had any such information, documents or property, she has returned same to Kelly. Miller further represents and warrants that she has not disclosed any Kelly confidential information to any person or entity;

(3) Miller agrees that the August 12, 2006 Agreement with Full Time Employees of Kelly Corporations ("Kelly Employment Agreement") and the April 3, 2009 Severance Agreement Full and Final Release of All Claims ("Severance Agreement") entered into between Kelly and Miller will remain in full force and effect in accordance with their terms, with the exception that, to the extent they conflict, any terms and conditions set forth in this Order modify and supersede the terms and conditions of the Kelly Employment Agreement and Severance Agreement;

(4) Should Miller violate this Order, in addition to all other monetary and injunctive remedies available to Kelly, Miller shall pay all costs and reasonable attorneys' fees incurred by Kelly as a result of Miller's violations; and

(5) This Order shall remain in effect until it expires pursuant to its terms.

**SO ORDERED.**

April 20, 2010                 s/Avern Cohn
DATE                 U.S. DISTRICT COURT JUDGE

**Stipulated and Agreed As to Form and Substance:**

/s/James J. Giszczak            /s/Joseph L. Hardig, III by permission
James J. Giszczak (P46917)        Joseph L. Hardig, III (P35457)
McDONALD HOPKINS PLC        HARDIG & HARDIG, PLLC
39533 Woodward Ave., Suite 318    74 W. Long Lake Road, Suite 203
Bloomfield Hills, MI 48304         Bloomfield Hills, MI 48304
(248) 220-1354                (248) 642-3500
jgiszczak@mcdonaldhopkins.com   jhardig@hppslaw.com
**Attorney for Plaintiff**            **Attorney for Defendant**

{2108420:1}